UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE VANN, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> LELAND C. DUDEK, Acting ) </br> Commissioner of Social Security, ) </br> ) </br> ) </br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** </br> **CASE NO. 7:23-CV-1471-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 16], ADOPTS the conclusions in the M&R [D.E. 15], DENIES plaintiff relief [D.E. 10], AFFIRMS defendant's final decision, and DISMISSES this action. The clerk shall close the case.

<u>This Judgment filed and entered on March 6, 2025, and copies to</u>:
Counsel of record for the parties      (via CM/ECF electronic notification)

March 6, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk